UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE LEWIS JENKINS,

    Petitioner,

v.                                           Case No. 3:21cv78-LC-HTC

MARK INCH,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

Petitioner, Joe Lewis Jenkins, proceeding *pro se* and *in forma pauperis*, filed a petition under 28 U.S.C. § 2254. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the case be dismissed for failure to prosecute and to comply with orders of the Court.

On February 4, 2021, the Court ordered Petitioner to provide, within thirty (30) days, service copies or payment therefor. ECF Doc. 6. Plaintiff did not respond to that order, and so, on March 12, 2021, the Court directed Plaintiff to show cause, within fourteen (14) days, to show cause why this case should not be recommended for dismissal for failure to prosecute or comply with an order of the Court. ECF

Doc. 7.  The March 12 order explained that the Court would discharge the show cause order if Plaintiff complied with the Court's February 4 order within the fourteen (14) days provided.  Also, the March 12 order warned Jenkins that "Petitioner's failure to timely comply with any part of this order may result in a recommendation that this case be dismissed for failure to prosecute and comply with an order of the Court."  Petitioner has not responded to the March 12 order, and the time for doing so has expired.  Indeed, Petitioner has not communicated with the Court since filing his motion to proceed *in forma pauperis*, which he submitted on January 26, 2021.  ECF Doc. 4.

Also, none of the Court's prior orders were returned to the clerk undeliverable.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 12th day of April, 2021.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**