UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE LEWIS JENKINS,

    Petitioner,

v.                                                   Case No. 3:21cv78-LC-HTC

MARK INCH,

    Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 12, 2021 (ECF No. 8). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This matter is DISMISSED WITHOUT PREJUDICE for failure to

prosecute or failure to comply with a Court order.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 25th day of May, 2021.

　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**